MEMORANDA

OF

CASES DECIDED DURING THE PERIOD EMBRACED IN THIS
VOLUME, WHICH ARE ORDERED NOT TO BE
REPORTED IN FULL.

## The State v. Raines.

APPEAL from Order of Probate Judge of Monroe
County.
Heard before the Hon. N. J. STALLWORTH.

MASSEY WILSON, Attorney-General, for the State.

MILLER & MILLER, for appellee.

The appeal in this case was from an order of the judge
of probate of Monroe county admitting the appellee,
Wes Raines, to bail on *habeas corpus* proceedings.

On motion of the appellee, the bill of exceptions was
stricken from the file. No error appearing on the rec-
ord, the judgment is affirmed.

Opinion by TYSON, J.

## Kirk et al. v. Spiller.

APPEAL from the Circuit Court of Jackson.
Tried before the Hon. J. A. BILBRO.

J. E. BROWN, for appellant.

D. A. GRAYSON, for appellee.

The appeal in this case was dismissed on motion by
appellants.

Opinion PER CURIAM.